# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANFORD TUCKER, etc., | 2:05-cv-1216-LDG-RJJ |
| Plaintiff, | |
| v. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al., | |
| Defendants. | |

In 2009, defendants filed a motion in limine to preclude the testimony of Ernest Burwell (#132, response #135, reply #136). Judges have broad discretion when ruling on motions in limine, see, e.g., Jenkins v. Chrysler Motors Corp., 316 F.3d 663, 664 (7th Cir. 2002), and a district court's ruling on a motion in limine is subject to change, particularly in light of developing trial considerations, see Luce v United States, 469 U.S. 38, 41-42 (1984).

The court denied this motion in limine by implication when it relied upon Burwell's testimony in its denial of defendant's renewed motion for summary judgment (#137), which aspect was recently affirmed by the Ninth Circuit. Accordingly,

///

///

///

1  THE COURT HEREBY ORDERS that defendants' motion in limine to preclude the
2 testimony of Ernest Burwell (#132) is DENIED without prejudice.

   Dated this __30__ day of March, 2012.

   _____
   Lloyd D. George
   United States District Judge

2