Case 2:05-cv-01216-LDG-NJK   Document 183   Filed 10/31/12   Page 1 of 2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANFORD TUCKER, individually, and as Special Administrator of the Estate of KEITH TUCKER; SANFORD TUCKER, as Guardian ad Litem of FRANS KAI MAAN TUCKER, a minor, | 2:05-cv-01216-LDG-RJJ |
| Plaintiffs, | **ORDER** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER PATRICK DENNY, in his individual and official capacity; OFFICER MARK HUTCHINSON, in his individual and official capacity; SHERIFF BILL YOUNG, individually and in his official capacity; DOES I through X, DOES XI through XX; and ROE CORPORATIONS XXI through XXX, inclusive, | |
| Defendants. | |

Defendants have filed a motion in limine re: subsequently enacted policy changes (#155, opposition #173). Judges have broad discretion when ruling on motions in limine, see, e.g., Jenkins v. Chrysler Motors Corp., 316 F.3d 663, 664 (7th Cir. 2002), and a district court's ruling on a motion in limine is subject to change, particularly in light of developing trial considerations. See Luce v United States, 469 U.S. 38, 41-42 (1984).

There appear to be factual issues dealing with the extent to which the subsequently enacted policy changes are developments on the policies and positions that existed at the time of the event

1  in question, as opposed to policy changes of a remedial nature subject to Fed. R. Evid. 407.
2  Morever, the court apprises the parties that they will be called upon to report before trial whether a
3  potential conflict of interest exists in the representation of Sheriff Young, the policy maker and
4  individual responsible for the training and supervision of the defendant police officers, and the
5  representation of the officers, who allegedly failed to carry out the policies, by the same law firm.
6      THE COURT HEREBY ORDERS that defendants' motion in limine re: subsequently
7  enacted policy changes (#155) is DENIED without prejudice to the reintroduction of the issue
8  during trial.

DATED this 31 day of October, 2012.

_____
Lloyd D. George
United States District Judge

2